E-FILING

| | |
|---|---|
| 1 | James D. Boughey (State Bar No. 44880)<br>Bernard Gehlhar   (State Bar No. 208482) |
| 2 | Reina G. Minoya (State Bar No. 227885)<br>WILSON, ELSER, MOSKOWITZ, |
| 3 | EDELMAN & DICKER LLP<br>650 California Street, 14th Floor |
| 4 | San Francisco, California 94108-2718<br>Telephone:    (415) 433-0990 |
| 5 | Facsimile:    (415) 434-1370 |
| 6 | Attorneys for Defendants<br>FSC SECURITIES CORPORATION and JERROLD N. WEINBERG |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | JERRY VAUGHN and THERESA TRAVERS, ) | Case No.: C03-5725 MJJ |
| 12 | Plaintiffs, ) | |
| 13 | v. ) | [PROPOSED] ORDER GRANTING FSC SECURITIES CORPORATION AND JERROLD N. WEINBERG'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENT |
| 14 | BAY ENVIRONMENTAL MANAGEMENT<br>INC., PINA J. BARBIERI, CAESAR NUTI, ) | |
| 15 | DENNIS VARNI, FSC SECURITIES<br>CORPORATION, AND JERROLD N. ) | |
| 16 | WEINBERG, ) | |
| 17 | Defendants. ) | |
| 18 | ) | |
| 19 | And Related Cross-Claims. ) | |

Defendants FSC Securities Corporation and Jerrold N. Weinberg, having filed an Administrative Motion to Remove Incorrectly Filed Document, and having filed a stipulation with the affected parties, plaintiffs Jerry Vaughn and Theresa Travers,

IT IS HEREBY ORDERED THAT defendants FSC Securities Corporation's and Jerrold N. Weinberg's Administrative Motion to Remove Incorrectly Filed Document is granted and Document No. 68 shall be removed from this Court's ECF system, to be replaced by the corrected

///

---

[PROPOSED] ORDER GRANTING MOTION TO REMOVE INCORRECTLY FILED DOCUMENT
(CASE NO. C-03-5725 MJJ)

165454.1

1   document found at Document No. 70 on this Court's docket.

2

3   Dated: July 2/2005                              _____
                                                    Honorable Martin J. Jenkins
4                                                   United States District Court Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                2
    [PROPOSED] ORDER GRANTING MOTION TO REMOVE INCORRECTLY FILED DOCUMENT
                              (CASE NO. C-03-5725 MJJ)
    165454.1