D. WARD KALLSTROM (State Bar No. 76937)
NICOLE A. DILLER (State Bar No. 154842)
ANDREW C. SULLIVAN (State Bar No. 226902)0
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001

Attorneys for Defendants
Bay Environmental Management Inc., Caesar Nuti
Dennis Varni, and the Estate of Barbieri

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY VAUGHN and THERESA TRAVERS,<br><br>                  Plaintiffs,<br><br>vs.<br><br>BAY ENVIRONMENTAL MANAGEMENT INC., CAESAR NUTI, DENNIS VARNI, FSC SECURITIES CORPORATION, AND JERROLD N. WEINBERG<br><br>                  Defendants. | Case No. C-03-5725 MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER RE FSC SECURITIES CORPORATION AND JERROLD N. WEINBERG'S MOTION TO SUBSTITUTE PARTY AND FILING OF FIRST AMENDED CROSS-CLAIM** |
| FSC SECURITIES CORPORATION and JERROLD N. WEINBERG,<br><br>                  Cross-Complainants,<br><br>vs.<br><br>BAY ENVIRONMENTAL MANAGEMENT INC., CAESAR NUTI, and DENNIS VARNI,<br><br>                  Cross-Defendants. | |

WHEREAS, on December 18, 2003, Plaintiffs Jerry Vaughn and Theresa Travers (the "Plaintiffs") filed a complaint naming Bay Environmental Management Inc. ("Bay Environmental"), Mechanics Bank of Richmond ("Mechanics Bank"), Caesar Nuti, Dennis

1  Varni, and Pina J. Barbieri as defendants (the "Complaint");

2  WHEREAS, on January 12, 2004, Bay Environmental answered Plaintiffs' Complaint;

3  WHEREAS, on February 3, 2004, the Court dismissed Mechanics Bank without
4  prejudice;

5  WHEREAS, on February 27, 2004, Mr. Nuti, Mr. Varni, and Ms. Barbieri answered
6  Plaintiffs' Complaint;

7  WHEREAS, on January 10, 2005, counsel for Ms. Barbieri filed a Statement of Fact of
8  Death upon the record disclosing her death pursuant to F.R.C.P. 25(a)(1);

9  WHEREAS, on January 11, 2005, counsel for Ms. Barbieri served the Statement of Fact
10 of Death on Alan Klein, executor of Ms. Barbieri's estate, and filed a certificate of service with
11 the Court on January 12, 2005;

12 WHEREAS, on March 14, 2005, Plaintiffs filed their First Amended Complaint (the
13 "Amended Complaint") against Bay Environmental, Mr. Nuti, Mr. Varni, Ms. Barbieri, FSC
14 Securities Corporation ("FSC"), and Jerrold N. Weinberg;

15 WHEREAS, on March 25, 2004, Bay Environmental, Messrs. Nuti and Varni, and, to the
16 extent she retained capacity to be sued as an individual, Ms. Barbieri answered Plaintiffs'
17 Amended Complaint;

18 WHEREAS, 90 days to substitute estate under Rule 25 expired on April 11, 2005;

19 WHEREAS, on April 25, 2005, FSC and Mr. Weinberg answered Plaintiffs' Amended
20 Complaint and filed a cross-claim (the "Cross-Claim") against Bay Environmental, Mr. Nuti, Mr.
21 Varni, and Ms. Barbieri;

22 WHEREAS, on May 17, 2005, Bay Environmental, Messrs. Nuti and Varni answered
23 FSC and Mr. Weinberg's Cross-Claim;

24 WHEREAS, on July 12, 2005, FSC and Mr. Weinberg filed a motion to substitute party;

25 WHEREAS, on July 25, 2005, Plaintiffs filed a Statement of Non-Opposition regarding
26 FSC and Mr. Weinberg's motion to substitute party;

27 ///
28 ///

NOW, THEREFORE, by and through their attorneys, Plaintiffs, Defendants FSC and Mr. Weinberg, Defendants Bay Environmental, Messrs. Nuti and Varni, and the Estate of Ms. Barbieri (collectively, the "Parties") hereby stipulate and respectfully request the Court to order as follows:

1. FSC and Mr. Weinberg shall withdraw their motion to substitute party;

2. The Court hereby vacates the hearing on FSC and Weinberg's motion to substitute party, currently scheduled for August 16, 2005, on the basis that it has been withdrawn;

3. FSC and Mr. Weinberg's First Amended Cross-Claim (the "Amended Cross-Claim"), attached as Exhibit 1, is deemed filed on the date the Court enters its order pursuant to the Parties' stipulation;

4. Plaintiffs, Cross-Defendants Bay Environmental, Messrs. Nuti and Varni, and the Estate of Ms. Barbieri acknowledge service of the Amended Cross-Claim on the date of the Court's order pursuant to the Parties' stipulation; and

5. Cross-Defendants Bay Environmental, Messrs. Nuti and Varni, and the Estate of Ms. Barbieri will have 30 days from the date the Court enters its order pursuant to the Parties' stipulation to file a responsive pleading to the Amended Cross-Claim.

DATED: August 11, 2005					MORGAN, LEWIS & BOCKIUS LLP

By: _____
D. Ward Kallstrom
Nicole A. Diller
Andrew C. Sullivan

Attorneys for Defendants
Bay Environmental Management Inc., Caesar Nuti, Dennis Varni, and the Estate of Barbieri

///
///
///
///

| | | |
|---|---|---|
| 1 | DATED: August 11, 2005 | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | James D. Boughey |
|   | | Reina G. Minoya |
| 5 | | |
| 6 | | Attorneys for Defendants |
|   | | FSC Securities Corporation and Jerrold N. Weinberg |
| 7 | | |
| 8 | DATED: August 11, 2005 | LEWIS, FEINBERG, RENAKER & JACKSON, P.C. |
| 9 | | |
| 10 | | |
| 11 | | By: _____ |
|    | | Teresa Renaker |
|    | | Cassie Springer-Sullivan |
| 12 | | |
| 13 | | Attorneys for Plaintiffs |
| 14 | | |
| 15 | PURSUANT TO STIPULATION, IT IS SO ORDERED. | |
| 16 | | |
| 17 | DATED: 8/12/2005 | _____ |
|    | | Honorable Martin J. Jenkins |
| 18 | | United States District Court |
| 19 | 1-SF/7271554.1 | |

STIPULATION RE MOTION TO SUBSTITUTE PARTY AND
FIRST AMENDED CROSS-CLAIM
(No. C-03-5725 MJJ)

1  DATED: August 11, 2005                WILSON, ELSER, MOSKOWITZ,
2                                        EDELMAN & DICKER LLP
3
4                                        By:_____
                                            James D. Boughey
5                                           Reina G. Minoya

6                                        Attorneys for Defendants
                                         FSC Securities Corporation and Jerrold N.
7                                        Weinberg

8  DATED: August 11, 2005                LEWIS, FEINBERG, RENAKER &
9                                        JACKSON, P.C.

10
                                         By:_____
11                                          Teresa Renaker
12                                          Cassie Springer-Sullivan

13                                       Attorneys for Plaintiffs

14

15 PURSUANT TO STIPULATION, IT IS SO ORDERED.

16
17 DATED:_____
                                         _____
18                                       Honorable Martin J. Jenkins
                                         United States District Court
19 1-SF/7271554.1

20
...
28

                                                    STIPULATION RE MOTION TO SUBSTITUTE PARTY AND
                                      4                 FIRST AMENDED CROSS-CLAIM
                                                              (No. C-03-5725 MJJ)