MORGAN, LEWIS & BOCKIUS LLP
NICOLE A. DILLER, State Bar No. 154842
D. WARD KALLSTROM, State Bar No. 076937
ANGEL T. LIN, State Bar No. 255682
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax:  415.442.1001

Attorneys for Defendants and Cross-Defendants

BAY ENVIRONMENTAL MANAGEMENT INC.,
CAESAR NUTI, ESTATE OF PINA J. BARBIERI, and
DENNIS VARNI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JERRY VAUGHN and THERESA TRAVERS,<br><br>Plaintiffs,<br><br>v.<br><br>BAY ENVIRONMENTAL MANAGEMENT INC., CAESAR NUTI, DENNIS VARNI, FSC SECURITIES CORPORATION, and JERROLD N. WEINBERG<br><br>Defendants. | Case No. C03-5725 SC<br><br>**REVISED STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING STATUS CONFERENCE AND HEARING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| FSC SECURITIES CORPORATION and JERROLD N. WEINBERG,<br><br>Cross-Claimants,<br><br>v.<br><br>BAY ENVIRONMENTAL MANAGEMENT INC., ESTATE OF PINA J. BARBIERI, CAESAR NUTI, DENNIS VARNI,<br><br>Cross-Defendants. | |

DB2/21274104.3

REVISED STIPULATION AND [PROPOSED] ORDER CONT. STATUS CONF. AND PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION [CASE NO. C03-5725 SC]

1    This Stipulation is made by and between Plaintiffs Jerry Vaughn and Theresa Travers

2  ("Plaintiffs"), Defendants and Cross-Defendants Bay Environmental Management Inc., Caesar

3  Nuti, and Dennis Varni and Cross-Defendant Estate of Pina J. Barbieri[1] ("Bay Environmental

4  Defendants"), and Defendants FSC Securities Corporation and Jerrold N. Weinberg ("FSC

5  Defendants") (collectively, the "Parties"), by and through their respective counsel of record, with

6  respect to the following facts:

7    WHEREAS, on June 11, 2009, the Ninth Circuit Court of Appeals vacated the Court's

8  order granting FSC Defendants' motion to dismiss, and remanded this action for further

9  proceedings;

10    WHEREAS, on July 10, 2009, the Court ordered that the status conference be continued

11  to September 11, 2009, to be resumed simultaneously with Plaintiffs' motion to certify the class;

12    WHEREAS, on August 7, 2009, Plaintiffs filed a motion to for class certification;

13    WHEREAS, the deadline for Defendants' responsive briefs is August 21, 2009;

14    WHEREAS, the deadline for Defendants' responses to Plaintiffs' outstanding written

15  discovery requests is August 21, 2009;

16    WHEREAS, Defendants must conduct further investigation to determine whether they

17  will oppose the class certification motion, in whole or in part;

18    WHEREAS, the Parties to this case are actively engaging in discussions regarding the

19  proper definition of the class;

20    WHEREAS, Defendants believe that their responses to Plaintiffs' written discovery

21  requests will allow for a more productive discussion; and

22    WHEREAS, the Parties have agreed, and respectfully submit, that the status conference

23  and hearing on Plaintiffs' motion for class certification should be continued for one week in order

24  to allow productive discussions regarding class certification;

25  ///

26  ///

27  ///

28

---

[1] Pina Barbieri, named as a Defendant herein, passed away several years ago.  See Docket No. 36.

1   NOW, THEREFORE, THE PARTIES HEREBY STIPULATE THAT:

2   The status conference and hearing on Plaintiffs' motion for class certification shall be

3   continued for one (1) week, from September 11, 2009 to September 18, 2009.  The deadline for

4   responding to Plaintiffs' motion for class certification will be August 28, 2009.

5   **IT IS SO STIPULATED.**

6   DATED: August  25, 2009

7                                MORGAN, LEWIS & BOCKIUS LLP

8

9                                By:    /s/  D. Ward Kallstrom
10                                       D. Ward Kallstrom
                                         Nicole A. Diller
11                                       Angel T. Lin

12                                       One Market, Spear Street Tower
                                         San Francisco, CA  94105-1126
13                                       Telephone: (415) 442-1000
                                         Facsimile: (415) 442-1001

14                                       Attorneys for Defendants and Cross-
                                         Defendants
15                                       BAY ENVIRONMENTAL
                                         MANAGEMENT INC., CAESAR NUTI,
16                                       ESTATE OF PINA BARBIERI and
                                         DENNIS VARNI
17

18   I, D. Ward Kallstrom, am the ECF User whose ID and password are being used to file this

19   STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I

20   hereby attest that each of the signatories identified below has concurred in this filing.

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1   DATED: August 25, 2009

2                                              WILSON ELSER MOSKOWITZ
                                               EDELMAN & DICKER LLP
3

4
                                               By:    /s/ Bernard Gehlhar
5                                                     Bernard Gehlhar
                                                      Emily Wood
6                                                     525 Market Street, 17th Floor
                                                      San Francisco, CA 94105
7                                                     Tel. 415-433-0990
                                                      Fax: 415-434-1370
8
                                                      Attorneys for Co-Defendants
9                                                     FSC SECURITIES CORPORATION and
                                                      JERROLD N. WEINBERG
10  DATED: August 25, 2009

11                                             LEWIS, FEINBERG, LEE, RENAKER &
                                               JACKSON, P.C.
12

13
                                               By:    /s/ Teresa Renaker
14                                                    Teresa Renaker
                                                      Lindsay Nako
15                                                    1330 Broadway, Suite 1800
                                                      Oakland, CA 94612
16                                                    Tel. 510-839-6824
                                                      Fax: 510-839-7839
17
                                                      Attorneys for Plaintiffs
18                                                    JERRY VAUGHN and
                                                      THERESA TRAVERS
19

20                                   **O R D E R**

21          **PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS**

22  **HEREBY ORDERED THAT:**

23          The continued status conference and hearing (if necessary) on Plaintiffs' motion for class

24  certification will be conducted on September 18, 2009.  The deadline for responding to Plaintiffs'
                                               25
25  motion for class certification will be August 28, 2009.

26          **SO ORDERED.**

27  DATED:    August 26     , 2009       _____
                                         Hon. Samuel Conti
28                                       United States District Judge

REVISED STIPULATION AND [PROPOSED] ORDER CONT. STATUS CONF. AND PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION [CASE NO. C03-5725 SC]