1 | Teresa S. Renaker – CA State Bar No. 187800
Lindsay Nako – CA State Bar No. 239090
2 | LEWIS, FEINBERG, LEE, RENAKER & JACKSON P.C.
1330 Broadway, Suite 1800
3 | Oakland, CA  94612
Telephone: (510) 839-6824
4 | Facsimile: (510) 839-7839

5 | Attorneys for Plaintiffs

6

7

IN THE UNITED STATES DISTRICT COURT

8

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

SAN FRANCISCO DIVISION

10

11

JERRY VAUGHN and THERESA )
12 | TRAVERS, )   Case No. C03-5725 (SC)
)
13 | Plaintiffs, )   **STIPULATION AND [~~PROPOSED~~]**
)   **ORDER TO PERMIT PLAINTIFFS TO**
)   **FILE A SECOND AMENDED**
14 | v. )   **COMPLAINT**
)
15 | BAY ENVIRONMENTAL MANAGEMENT )
INC., CAESAR NUTI,  DENNIS VARNI, FSC )
16 | SECURITIES CORPORATION, and )
JERROLD N. WEINBERG )
17 | )
Defendants. )
18 | _____ )
)
19 | )
FSC SECURITIES CORPORATION and )
20 | JERROLD N. WEINBERG, )
)
21 | Cross-Claimants, )
)
22 | v. )
)
23 | BAY ENVIRONMENTAL MANAGEMENT )
INC., ESTATE OF PINA J. BARBIERI, )
24 | CAESAR NUTI, and DENNIS VARNI, )
)
25 | Cross-Defendants )
_____ )

26

27 | //
//
28

STIPULATION AND [PROPOSED] ORDER TO PERMIT PLAINTIFFS TO FILE A SECOND AMENDED
COMPLAINT  [CASE NO. C03-5725 (SC)]                                    Page 1

1    WHEREAS the parties have engaged in ongoing discovery on the merits of the

2  allegations contained in Plaintiffs' First Amended Complaint ("Complaint"); and

3    WHEREAS Defendants Bay Environmental Management Inc., Caesar Nuti, and Dennis

4  Varni ("Bay Environmental Defendants"), and each of them, continue to deny any liability under

5  the Complaint; and

6    WHEREAS Defendants FSC Securities Corporation and Jerrold N. Weinberg also

7  continue to deny any liability under the Complaint, including, but not limited to denying that they

8  are or were fiduciaries to the Plans; and

9    WHEREAS Plaintiffs Jerry Vaughn and Theresa Travers ("Plaintiffs") have determined,

10  based upon Bay Environmental Defendants' discovery responses served on August 21, 2009, that

11  other persons should be identified as defendants and therefore removed from the class; and

12    WHEREAS naming additional defendants at this early stage of discovery in the case will

13  not prejudice Defendants; and

14    WHEREAS the Bay Environmental Defendants and Defendants FSC Securities Corp. and

15  Jerrold N. Weinberg consent under Fed. R. Civ. P. 15(a) to permit Plaintiffs to file the Second

16  Amended Complaint attached hereto as Exhibit A; and

17    WHEREAS the Bay Environmental Defendants and Defendants FSC Securities Corp. and

18  Jerrold N. Weinberg have agreed to waive notice and service of the Second Amended Complaint;

19  and

20    NOW, THEREFORE, the parties to this action, by and through their undersigned

21  attorneys, hereby stipulate and respectfully request that the Court order that Plaintiffs file a

22  Second Amended Complaint in the form of the document attached hereto as Exhibit A.

23

24

25

Respectfully Submitted,

Dated: August 27, 2009          LEWIS, FEINBERG, LEE,
                                RENAKER & JACKSON, P.C.

26                        By:    ____/s/_____
                                Lindsay Nako
27                              Attorneys for Plaintiffs JERRY VAUGHN
                                and THERESA TRAVERS

28

STIPULATION AND [PROPOSED] ORDER TO PERMIT PLAINTIFFS TO FILE A SECOND AMENDED
COMPLAINT [CASE NO. C03-5725 (SC)]                                        Page 2

1    Dated: August 27, 2009                         MORGAN LEWIS & BOCKIUS LLP

2                                           By _____/s/_____
                                               D. Ward Kallstrom
3                                              Nicole A. Diller
                                               Angel T. Lin
4                                              Attorneys for Defendants
                                               BAY ENVIRONMENTAL
5                                              MANAGEMENT INC., CAESAR NUTI,
                                               ESTATE OF PINA J. BARBIERI and
6                                              DENNIS VARNI

7

8    Dated: August 27, 2009                         WILSON, ELSER, MOSKOWITZ,
                                                     EDELMAN & DICKER LLP
9

10                                          By ___/s/_____
                                               Bernard Gehlhar
11                                             Emily Wood
                                               Attorneys for Co-Defendants
12                                             FSC SECURITIES CORPORATION and
                                               JERROLD N. WEINBERG
13

14

15                        **[PROPOSED] ORDER**

16   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

17

18   Dated: _____September 1, 2009_____        _____
                                               Hon. Sam
19                                             United Sta

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO PERMIT PLAINTIFFS TO FILE A SECOND AMENDED
COMPLAINT  [CASE NO. C03-5725 (SC)]                                    Page 3

1

**ATTESTATION**

2        I hereby attest that for all conformed signatures indicated by a /s/, the signatory has

3   concurred in the filing of this document.

4

5   Dated: August 28, 2009                    By:        /s/
                                                       Teresa S. Renaker
6
                                                  Teresa S. Renaker
7                                                 Lindsay Nako
                                                  LEWIS, FEINBERG, LEE,
8                                                     RENAKER & JACKSON P.C.
                                                  1330 Broadway, Suite 1800
9                                                 Oakland, CA  94612
                                                  Telephone: (510) 839-6824
10                                                Facsimile: (510) 839-7839

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO PERMIT PLAINTIFFS TO FILE A SECOND AMENDED
COMPLAINT  [CASE NO. C03-5725 (SC)]                                          Page 4