MORGAN, LEWIS & BOCKIUS LLP
NICOLE A. DILLER, State Bar No. 154842
D. WARD KALLSTROM, State Bar No. 076937
ANGEL T. LIN, State Bar No. 255682
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001

Attorneys for Defendants and Cross-Defendants

BAY ENVIRONMENTAL MANAGEMENT INC., CAESAR NUTI, DENNIS VARNI, MARIO AQUILINO, LOYD BONFANTE SR., JOSEPH DELLA ZOPPA, ESTATE OF RICHARD GRANZELLA SR., EDWARD MENOSSE, PASQUALE PARENTI, AND ESTATE OF PINA J. BARBIERI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JERRY VAUGHN and THERESA TRAVERS,<br><br>    Plaintiffs,<br><br>v.<br><br>BAY ENVIRONMENTAL MANAGEMENT INC., CAESAR NUTI, DENNIS VARNI, MARIO AQUILINO, LOYD BONFANTE SR., JOSEPH DELLA ZOPPA, ESTATE OF RICHARD GRANZELLA SR., EDWARD MENOSSE, PASQUALE PARENTI, FSC SECURITIES CORPORATION, AND JERROLD N. WEINBERG<br><br>    Defendants. | Case No. C03-5725 SC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND MEDIATION DEADLINE** |

| | |
|---|---|
| 1 | FSC SECURITIES CORPORATION and JERROLD N. WEINBERG, |
| 2 | |
| 3 | Cross-Claimants, |
| 4 | v. |
| 5 | BAY ENVIRONMENTAL MANAGEMENT INC., ESTATE OF PINA J. BARBIERI, |
| 6 | CAESAR NUTI, DENNIS VARNI, |
| 7 | Cross-Defendants. |

Pursuant to ADR Local Rule 6-5 and Civil Local Rule 7-11, Plaintiffs Jerry Vaughn and Theresa Travers ("Plaintiffs") and Defendants Bay Environmental Management Inc., Caesar Nuti, Dennis Varni, Mario Aquilino, Joseph Della Zoppa, Pasquale Parenti, Loyd Bonfante, Sr., Edward Menosse, Estate of Richard Granzella, Sr., and Cross- Defendant Estate of Pina J. Barbieri[1] (collectively, the "Bay Environmental Defendants"), and FSC Securities Corporation and Jerrold N. Weinberg ("FSC Defendants) (collectively, the "Parties"), recite and stipulate, and respectfully request the Court to order, as follows:

WHEREAS, on July 29, 2009, the Court appointed Katherine S. Richey to serve as mediator;

WHEREAS, on August 11, 2009, the Parties and Ms. Richey held a pre-mediation conference via telephone;

WHEREAS, during the August 11, 2009, pre-mediation conference, the Parties and Ms. Richey agreed that mediation would take place in November;

WHEREAS, on September 2, 2009, the Plaintiffs filed a Second Amended Complaint ("SAC") which added Mario Aquilino, Joseph Della Zoppa, Pasquale Parenti, Loyd Bonfante, Sr., Edward Menosse and Estate of Richard Granzella, Sr. as defendants;

WHEREAS, at the status conference held on September 25, 2009, the Court ordered that the class be certified and that the status conference be continued to November 20, 2009;

---

[1] Pina Barbieri, named initially as a Defendant herein, passed away several years ago. See Docket No. 36. Her estate is not a defendant in the Second Amended Complaint.

DB2/21440969.2                                    2

STIPULATION AND [PROPOSED] ORDER TO EXTEND MEDIATION DEADLINE [CASE NO. C03-5725 SC]

1 | WHEREAS, the pre-September 2, 2009 Bay Environmental Defendants answered the SAC on September 23, 2009, and the newly added defendants answered the SAC on October 16, 2009. FSC Defendants answered the SAC on September 21, 2009;

WHEREAS, the newly added defendants served their Rule 26(a) disclosures on November 9, 2009;

WHEREAS, Plaintiffs have concluded the following depositions: Jerrold N. Weinberg on October 20, 2009; Caesar Nuti on October 21, 2009; Dennis Varni on November 3, 2009; Eddie Menosse on November 10, 2009; Pasquale Parenti on November 12, 2009; and Joe Della Zoppa on November 12, 2009;

WHEREAS, Plaintiffs have subpoenaed Alan Klein, former employee of Richmond Sanitary Services and administrator of the Estates of Richard Granzella, Sr., and Pina J. Barbieri, for deposition on November 19, 2009;

WHEREAS, Plaintiffs have noticed the depositions of Loyd Bonfante, Sr., and Mario Aquilino, but they have been continued for personal reasons;

WHEREAS, during the course of the depositions, the attorneys for the Parties have discussed a number of potential private mediators;

WHEREAS, on October 28, 2009, counsel for all Parties advised Ms. Richey that all Parties have elected to pursue private mediation, and that they believe mediation in November 2009, prior to the end of fact discovery, would be premature; and

WHEREAS, the Parties have agreed to private mediation with Michael Dickstein, Esq. on January 29, 2010.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

| | |
|---|---|
| 1 | NOW, THEREFORE, the parties to this action, by and through their undersigned attorneys, |
| 2 | hereby stipulate and respectfully request the Court to order as follows: |
| 3 | 1.    The mediation date will be continued until January 29, 2010 for private mediation |
| 4 | with Michael Dickstein, Esq. |
| 5 | **IT IS SO STIPULATED.** |

DATED:  November 18, 2009            MORGAN, LEWIS & BOCKIUS LLP


By:   /s/  D. Ward Kallstrom
      D. Ward Kallstrom
      Nicole A. Diller
      Angel T. Lin

      One Market, Spear Street Tower
      San Francisco, CA  94105-1126
      Telephone: (415) 442-1000
      Facsimile: (415) 442-1001

      Attorneys for Defendants

      BAY ENVIRONMENTAL
      MANAGEMENT INC., CAESAR NUTI,
      DENNIS VARNI, MARIO AQUILINO,
      LOYD BONFANTE SR., JOSEPH DELLA
      ZOPPA, ESTATE OF RICHARD
      GRANZELLA SR., EDWARD
      MENOSSE, PASQUALE PARENTI, AND
      ESTATE OF PINA J. BARBIERI

I, D. Ward Kallstrom, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I hereby attest that each of the signatories identified below has concurred in this filing.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

| | | |
|---|---|---|
| 1 | DATED:  November 18, 2009 | WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP |
| 2 | | |
| 3 | | |
| 4 | | By:  /s/  Bernard Gehlhar<br>Bernard Gehlhar |
| 5 | | Emily Wood<br>525 Market Street, 17th Floor |
| 6 | | San Francisco, CA 94105<br>Tel. 415-433-0990<br>Fax: 415-434-1370 |
| 7 | | |
| 8 | | Attorneys for Co-Defendants<br>FSC SECURITIES CORPORATION and<br>JERROLD N. WEINBERG |
| 9 | | |
| 10 | | |
| 11 | DATED:  November 18, 2009 | LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C. |
| 12 | | |
| 13 | | By:  /s/ Teresa Renaker |
| 14 | | Teresa Renaker<br>Lindsay Nako |
| 15 | | 1330 Broadway, Suite 1800<br>Oakland, CA 94612 |
| 16 | | Tel. 510-839-6824<br>Fax: 510-839-7839 |
| 17 | | Attorneys for Plaintiffs |
| 18 | | JERRY VAUGHN and<br>THERESA TRAVERS |
| 19 | / / / | |
| 20 | / / / | |
| 21 | / / / | |
| 22 | / / / | |
| 23 | / / / | |
| 24 | / / / | |
| 25 | / / / | |
| 26 | / / / | |
| 27 | / / / | |
| 28 | / / / | |

1
2

**[~~PROPOSED~~] ORDER**

3  **PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:**
4
5  The mediation date will be continued until January 29, 2010 for private mediation with
6  Michael Dickstein, Esq.
7  **SO ORDERED.**
8  Dated: _November 19_, 2009
9  _____
   Hon. Samuel Conti
   United States District Court Judge
10
11
12
...
28