Teresa S. Renaker – CA State Bar No.187800
Lindsay Nako – CA State Bar No. 239090
LEWIS, FEINBERG, LEE, RENAKER & JACKSON P.C.
1330 Broadway, Suite 1800
Oakland, CA 94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839

**Attorneys for Plaintiffs**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JERRY VAUGHN and THERESA TRAVERS,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>BAY ENVIRONMENTAL MANAGEMENT INC., CAESAR NUTI, DENNIS VARNI, MARIO AQUILINO, LOYD BONFANTE SR., JOSEPH DELLA ZOPPA, ESTATE OF RICHARD GRANZELLA SR., EDWARD MENOSSE, PASQUALE PARENTI, FSC SECURITIES CORPORATION, AND JERROLD N. WEINBERG,<br><br>　　　　　Defendants.<br>―――――――――――――――――――<br>FSC SECURITIES CORPORATION and JERROLD N. WEINBERG,<br><br>　　　　　Cross-Claimants,<br><br>　　v.<br><br>BAY ENVIRONMENTAL MANAGEMENT INC., ESTATE OF PINA J. BARBIERI, CAESAR NUTI, and DENNIS VARNI,<br><br>　　　　　Cross-Defendants<br>―――――――――――――――――――| Case No. C03-5725 (SC)<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES FOR DISCOVERY, HEARING ON DISPOSITIVE MOTIONS, AND TRIAL DATES** |

This Stipulation is made by and between Plaintiffs Jerry Vaughn and Theresa Travers ("Plaintiffs"), Defendants Bay Environmental Management Inc., Caesar Nuti, Dennis Varni, Mario

1 | Aquilino, Loyd Bonfante Sr., Joe Della Zoppa, Estate of Richard Granzella Sr., Eddie Menosse, and
2 | Pasquale Parenti, and Cross-Defendant Estate of Pina J. Barbieri[1] ("Bay Environmental
3 | Defendants"), and Defendants FSC Securities Corporation and Jerrold N. Weinberg ("FSC
4 | Defendants") (collectively, the "Parties"), by and through their respective counsel of record, with
5 | respect to the following facts:

WHEREAS on November 20, 2009, the Court held a Status Conference and issued a Status Conference Order (Docket No. 145);

WHEREAS the Court's Status Conference Order set this case for trial on June 21, 2010;

WHEREAS the Court's Status Conference Order set the pretrial conference for June 18, 2010;

WHEREAS the Court's Status Conference Order states that the last hearing date for dispositive motions is April 30, 2010;

WHEREAS the Court's Status Conference Order requires that all discovery be completed and depositions taken by March 15, 2010[2];

WHEREAS on December 2, 2009, counsel for Plaintiffs served Defendant Bay Environmental Management, Inc., with notice of deposition pursuant to Fed. R. Civ. P. 30(b)(6) for December 15, 2009;

WHEREAS on December 11, 2009, counsel for Defendant Bay Environmental Management, Inc., and the Bay Environmental Defendants discovered approximately 18,000 pages of documents in the possession of one of their Rule 30(b)(6) witnesses that they believe will be produced as either responsive to Plaintiffs' written requests for documents or as part of the Bay Environmental Defendants' Fed. R. Civ. P. 26 initial disclosures; and

WHEREAS counsel for the Bay Environmental Defendants estimates that these documents will be provided to Plaintiffs by the close of business on Wednesday, December 23, 2009.

---

[1] Pina Barbieri, named as a Cross-Defendant herein, passed away several years ago. *See* Docket No. 36. Defendants Mario Aquilino, Loyd Bonfante Sr., Joe Della Zoppa, Estate of Richard Granzella Sr., Eddie Menosse, and Pasquale Parenti are Defendants to this action, but have not been named in the FSC Defendant's Cross-Complaint.

[2] The Court's Minutes, Docket No. 144, set December 31, 2009, as the fact discovery cutoff date.

NOW, THEREFORE, the parties to this action, by and through their undersigned attorneys, hereby stipulate as follows:

    A.    The Bay Environmental Defendants will provide all newly-found responsive documents to Plaintiffs and the other Parties by close of business on December 31, 2009.

    B.    The deadline for responses to pending discovery requests will be extended to January 29, 2010. [3]

    C.    The deadline for completion of fact discovery will be extended to March 1, 2010.

    D.    The deadline for completion of expert discovery will be extended to May 17, 2010.

    E.    The last hearing date for motions to be noticed in accordance with Civil Local Rule 7-2 shall be July 2, 2010.

    F.    The case shall be set for trial on September 7, 2010, at 9:30 a.m. or at the Court's convenience.

    G.    A pretrial conference shall be scheduled for September 3, 2010, at 10:00 a.m. or at the Court's convenience.

The parties hereby so stipulate, and respectfully request that the Court so order.

DATE: December 23, 2009                    LEWIS, FEINBERG, LEE,
                                                    RENAKER & JACKSON, P.C.

                                                    By: _____/s/_____
                                                      Teresa S. Renaker
                                                      Attorneys for Plaintiffs JERRY VAUGHN
                                                      and THERESA TRAVERS

---

[3] On November 20, 2009, Bay Environmental Defendants served FSC Defendants with (1) Cross-Defendants' First Set of Interrogatories to Cross Claimants FSC Securities Corp. and Jerrold N. Weinberg; and (2) Cross-Defendants' First Set of Requests for Production of Documents to Cross Claimants FSC Securities Corp. and Jerrold N. Weinberg. On November 25, 2009, FSC Defendants served Bay Environmental Defendants with (1) Request for Production of Documents to Bay Environmental, Nuti, Varni and Barbieri, Set One; and (2) Special Interrogatories to Bay Environmental, Nuti, Varni and Barbieri, Set Two. They also served Plaintiffs with (1) Request for Production of Documents to Plaintiffs, Set One; and (2) Special Interrogatories to Plaintiffs, Set Two. On November 30, 2009, Bay Environmental Defendants served Plaintiffs with Bay Environmental Defendants' First Set of Special Interrogatories to Plaintiffs Jerry Vaughn and Theresa Travers.

| | |
|---|---|
| DATE: December 23, 2009 | MORGAN LEWIS & BOCKIUS LLP |
| | By: ___/s/_____<br>D. Ward Kallstrom<br>Nicole A. Diller<br>Angel T. Lin<br>Attorneys for Defendants BAY<br>BAY ENVIRONMENTAL<br>MANAGEMENT INC., CAESAR NUTI,<br>DENNIS VARNI, MARIO AQUILINO,<br>LOYD BONFANTE SR., JOSEPH DELLA<br>ZOPPA, ESTATE OF RICHARD<br>GRANZELLA SR., EDWARD<br>MENOSSE, and PASQUALE PARENTI |
| DATE: December 23, 2009 | WILSON, ELSER, MOSKOWITZ,<br>EDELMAN & DICKER LLP |
| | By: ___/s/_____<br>Bernard Gehlhar<br>Emily Wood<br>Attorneys for Co-Defendants FSC<br>SECURITIES CORPORATION and<br>JERROLD N. WEINBERG |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATE: January 5, 2010

_____
Hon. Samuel Conti
United States District Court Judge
Northern District of California

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]*

# **ATTESTATION**

I hereby attest that for all conformed signatures indicated by a "/s/," the signatory has concurred in the filing of this document.

DATE: December 23, 2009          By:     /s/
                                          Teresa S. Renaker

                                          Teresa S. Renaker
                                          Lindsay Nako
                                          LEWIS, FEINBERG, LEE,
                                          RENAKER & JACKSON P.C.
                                          1330 Broadway, Suite 1800
                                          Oakland, CA  94612
                                          Telephone: (510) 839-6824
                                          Facsimile: (510) 839-7839

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES FOR DISCOVERY, HEARING ON DISPOSITIVE MOTIONS, AND TRIAL DATES  [CASE NO.  C 03-5725 (SC)]                                                                                                Page 5