MORGAN, LEWIS & BOCKIUS LLP
D. WARD KALLSTROM, State Bar No. 076937
NICOLE A. DILLER, State Bar No. 154842
ANGEL T. LIN, State Bar No. 255682
One Market, Spear Street Tower
San Francisco, California 94105
Telephone:  415-442-1000
Facsimile:  415-442-1001
email: dwkallstrom@morganlewis.com
       ndiller@morganlewis.com
       alin@morganlewis.com

Attorneys for Cross-Defendants
Bay Environmental Management Inc., Caesar Nuti, Dennis Varni, and Estate of Pina J. Barbieri

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JERRY VAUGHN and THERESA TRAVERS,<br><br>                Plaintiffs,<br><br>        v.<br><br>BAY ENVIRONMENTAL MANAGEMENT INC., CAESAR NUTI, DENNIS VARNI, MARIO AQUILINO, LOYD BONFANTE SR., JOSEPH DELLA ZOPPA, ESTATE OF RICHARD GRANZELLA SR., EDWARD MENOSSE, PASQUALE PARENTI, FSC SECURITIES CORPORATION, AND JERROLD N. WEINBERG<br><br>                Defendants. | Case No. C03-5725 (SC)<br><br>**SECOND STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL DATE TO PERMIT THE PARTIES TO COMPLETE MEDIATION** |
| FSC SECURITIES CORPORATION and JERROLD N. WEINBERG,<br><br>                Cross-Claimants,<br><br>        v.<br><br>BAY ENVIRONMENTAL MANAGEMENT INC., ESTATE OF PINA J. BARBIERI, CAESAR NUTI, DENNIS VARNI,<br><br>                Cross-Defendants. | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. AND [PROP] ORDER CONTINUING TRIAL DATE.
CASE NO. C03-5725 (SC)

# STIPULATION

This Stipulation is made by and between Plaintiffs Jerry Vaughn and Theresa Travers ("Plaintiffs"), Defendants Bay Environmental Management Inc., Caesar Nuti, Dennis Varni, Mario Aquilino, Loyd Bonfante Sr., Joe Della Zoppa, Estate of Richard Granzella Sr., Eddie Menosse, and Pasquale Parenti, and Cross-Defendant Estate of Pina J. Barbieri[1] ("Bay Environmental Defendants"), and Defendants FSC Securities Corporation and Jerrold N. Weinberg ("FSC Defendants") (collectively, the "Parties"), by and through their respective counsel of record, with respect to the following facts:

WHEREAS, on November 20, 2009, the Court held a Status Conference and issued a Status Conference Order setting pretrial deadlines and a trial date of June 21, 2010 (Docket No. 145);

WHEREAS, in response to the discovery of 18,000 previously unknown documents, the Parties filed a stipulated request on December 23, 2009, seeking the extension of the pretrial deadlines and a continuance of the trial date so that the Parties could complete discovery (Docket No. 147);

WHEREAS, the Court entered an Order on January 5, 2010 extending the pretrial deadlines and continuing the trial date to September 7, 2010 (Docket No. 148);

WHEREAS, the Parties participated in a full-day mediation on April 12, 2010. While the mediation was not successful, the Parties did make progress;

WHEREAS, the Parties have scheduled an additional mediation session to take place on July 27, 2010;

WHEREAS, the Parties wish to complete the July 27, 2010 mediation to determine if a negotiated resolution is possible before expending the resources necessary to prepare this case for trial;

WHEREAS, counsel for the respective Parties have conferred regarding their other client

---

[1] Pina Barbieri, named as a Cross-Defendant herein, passed away several years ago. *See* Docket No. 36. Defendants Mario Aquilino, Loyd Bonfante Sr., Joseph Della Zoppa, Estate of Richard Granzella Sr., Edward Menosse, and Pasquale Parenti are Defendants to this action, but have not been named in the FSC Defendant's Cross-Complaint.

1  commitments and have determined that they are available for a trial in this case commencing on
2  November 15, 2010.
3      NOW, THEREFORE, the parties to this action, by and through their undersigned counsel,
4  hereby stipulate, and respectfully request that the Court order, as follows:
5      A.    Trial shall be continued to November 15, 2010, at 9:30 a.m. or at the Court's
6      convenience.
7      B.    A pretrial conference shall occur on November 8, 2010, at 10:00 a.m. or at the
8      Court's convenience.

10  DATE:  June 24, 2010          LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.

12                                By: _____/s/ Teresa S. Renaker_____
                                  Teresa S. Renaker
                                  Attorneys for Plaintiffs JERRY VAUGHN
13                                and THERESA TRAVERS

15  DATE:  June 24, 2010          MORGAN LEWIS & BOCKIUS LLP

16                                By: _____/s/ Nicole A. Diller_____
                                  Nicole A. Diller
17                                Attorneys for Defendants BAY
                                  ENVIRONMENTAL MANAGEMENT
18                                INC., CAESAR NUTI,  DENNIS VARNI,
                                  MARIO AQUILINO, LOYD BONFANTE
19                                SR., JOSEPH DELLA ZOPPA, ESTATE OF
                                  RICHARD GRANZELLA SR., EDWARD
20                                MENOSSE, PASQUALE PARENTI, and
                                  THE ESTATE OF PINA J. BARBIERI

22  DATE:  June 24, 2010          WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

24                                By: _____/s/ Bernard Gelhar_____
                                  Bernard Gehlhar
25                                Emily Wood
                                  Attorneys for Co-Defendants FSC
26                                SECURITIES CORPORATION and
                                  JERROLD N. WEINBERG

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION AND GOOD CAUSE SHOWN, IT IS HEREBY ORDERED:**

    A.    The case shall be set for trial on _____, 2010, at 9:30 a.m.

    B.    A pretrial conference shall be scheduled for November 8, 2010, at 10:00 a.m.

DATE: __June 29, 2010__

                                       Hon. Samuel Conti
                                       United States District Court Judge
                                       Northern District of California

*[Stamp: DENIED — Judge Samuel Conti — United States District Court, Northern District of California]*

**ATTESTATION**

I hereby attest that for all conformed signatures indicated by a "/s/," the signatory has concurred in the filing of this document.

Dated:  June 24, 2010                          By:  _____/s/ Nicole A. Diller_____
                                                                Nicole A. Diller

DB2/21778200.1