1   Teresa S. Renaker – CA State Bar No. 187800
    trenaker@lewisfeinberg.com
2   Lindsay Nako – CA State Bar No. 239090
    lnako@lewisfeinberg.com
3   LEWIS, FEINBERG, LEE, RENAKER & JACKSON P.C.
    1330 Broadway, Suite 1800
4   Oakland, CA 94612
    Telephone: (510) 839-6824
5   Facsimile: (510) 839-7839

6   Attorneys for Plaintiffs

7
             IN THE UNITED STATES DISTRICT COURT
8
          FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                  SAN FRANCISCO DIVISION
10

11  JERRY VAUGHN and THERESA            )   Case No. C03-5725 (SC)
    TRAVERS,                            )
12                                      )   STIPULATION AND [PROPOSED]
                   Plaintiffs,          )   ORDER VACATING PRETRIAL
13                                      )   CONFERENCE AND TRIAL;
            v.                          )   STIPULATED REQUEST FOR ORDER
14                                      )   CHANGING TIME AND [PROPOSED]
    BAY ENVIRONMENTAL MANAGEMENT        )   ORDER THEREON
15  INC., CAESAR NUTI,  DENNIS VARNI,   )
    MARIO AQUILINO, LOYD BONFANTE       )
16  SR., JOSEPH DELLA ZOPPA, ESTATE OF  )
    RICHARD GRANZELLA SR., EDWARD       )
17  MENOSSE, PASQUALE PARENTI, FSC      )
    SECURITIES CORPORATION, and         )
18  JERROLD N. WEINBERG,                )
                                        )
19                 Defendants.          )
                                        )
20  _____)
                                        )
21  FSC SECURITIES CORPORATION and      )
    JERROLD N. WEINBERG,                )
22                                      )
                  Cross-Claimants,      )
23                                      )
            v.                          )
24                                      )
    BAY ENVIRONMENTAL MANAGEMENT        )
25  INC., ESTATE OF PINA J. BARBIERI,   )
    CAESAR NUTI, and DENNIS VARNI,      )
26                                      )
                  Cross-Defendants.     )
27  _____)

28

WHEREAS, the pretrial conference in this matter is set for September 3, 2010, and the trial is set for September 7, 2010 (Docket No. 148); and

WHEREAS, as set forth in the letter and attached term sheet filed July 30, 2010 (Docket No. 206), the parties hereto have agreed to a proposed settlement of this certified class action; and

WHEREAS, the parties expect to finalize their settlement agreement no later than August 18, 2010, Plaintiffs expect to file their unopposed motion for preliminary approval of the settlement no later than August 20, 2010, and Defendants expect to file their notices of nonopposition upon the filing of the unopposed motion; and

WHEREAS, no further briefing on preliminary approval will be submitted absent a request by the Court for additional briefing;

NOW, THEREFORE, the parties hereby jointly request as follows:

1.     That the pretrial conference and trial date be vacated; and

2.     That in view of the unopposed nature of the motion, the time for hearing the motion for preliminary approval be shortened and the hearing be set for September 3, 2010, at 10:00 a.m.

SO STIPULATED:

Dated: August 6, 2010                          LEWIS, FEINBERG, LEE,
                                               RENAKER & JACKSON, P.C.

                                       By:     /s/ Teresa S. Renaker
                                               Teresa S. Renaker
                                               Attorneys for Plaintiffs

Dated: August 6, 2010                          MORGAN, LEWIS, & BOCKIUS LLP

                                       By:     /s/ Nicole Diller
                                               Nicole Diller
                                               Attorneys for Defendants Bay
                                               Environmental Management Inc., Caesar
                                               Nuti, Dennis Varni, Mario Aquilino, Loyd
                                               Bonfante Sr., Joseph Della Zoppa, Estate of
                                               Richard Granzella Sr., Edward Menosse,
                                               and Pasquale Parenti

Dated:  August 6, 2010

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP

By:   */s/ Bernard Gehlhar*

Bernard Gehlhar
Attorneys for Defendants FSC Securities
Corporation and Jerrold N. Weinberg

## ATTESTATION

Pursuant to General Order 45(X), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: August 6, 2010

*/s/ Teresa S. Renaker*

Teresa S. Renaker

## [PROPOSED] ORDER

Pursuant to stipulation, the Court hereby ORDERS as follows:

1.    The pretrial conference date of September 3, 2010, and the trial date of September 7, 2010, are hereby VACATED;

2.    The parties' stipulated request for an order shortening time is hereby GRANTED and the hearing on the motion for preliminary approval of the class action settlement in this matter is hereby set for September 3, 2010.

IT IS SO ORDERED.

Dated:    August 9, 2010

SAMUEL CONTI
United States District Judge