MORGAN, LEWIS & BOCKIUS LLP
D. WARD KALLSTROM, State Bar No. 76937
NICOLE A. DILLER, State Bar No. 154842
ANGEL T. LIN, State Bar No. 255682
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax:  415.442.1001
E-mail: dwkallstrom@MorganLewis.com
 ndiller@MorganLewis.com
 alin@MorganLewis.com

Attorneys for Defendants and Cross-Defendants
Bay Environmental Management Inc., Caesar Nuti,
Dennis Varni, Mario Aquilino, Loyd Bonfante Sr.,
Joseph Della Zoppa, Estate of Richard Granzella Sr.,
Edward Menosse, Pasquale Parenti, and Estate of Pina J. Barbieri

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JERRY VAUGHN and THERESA TRAVERS,<br><br>                    Plaintiffs,<br><br>     v.<br><br>BAY ENVIRONMENTAL MANAGEMENT INC., CAESAR NUTI, DENNIS VARNI, MARIO AQUILINO, LOYD BONFANTE SR., JOSEPH DELLA ZOPPA, ESTATE OF RICHARD GRANZELLA SR., EDWARD MENOSSE, PASQUALE PARENTI, FSC SECURITIES CORPORATION, AND JERROLD N. WEINBERG<br><br>                    Defendants. | Case No. C03-5725 SC<br><br>**STIPULATION AND [PROPOSED] ORDER VACATING HEARING ON MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |
| FSC SECURITIES CORPORATION and JERROLD N. WEINBERG,<br><br>                    Cross-Claimants,<br><br>     v.<br><br>BAY ENVIRONMENTAL MANAGEMENT INC., ESTATE OF PINA J. BARBIERI, CAESAR NUTI, DENNIS VARNI,<br><br>                    Cross-Defendants. | |

DB2/21881025.2

(CASE NO. C03-5725 SC)

STIPULATION AND [PROPOSED] ORDER VACATING HEARING ON MOTION
FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

WHEREAS, the parties filed a settlement term sheet with the Court on July 30, 2010 (Docket No. 206), which set forth the essential terms on which they have agreed to settle this matter;

WHEREAS, the parties filed a stipulation and proposed order on August 6, 2010 (Docket No. 207), stating that they expected to finalize their settlement agreement in a formal written document no later than August 18, 2010, and that Plaintiffs expected to file their unopposed motion for preliminary approval of the settlement no later than August 20, 2010;

WHEREAS, the parties' August 6, 2010 stipulation requested that the hearing on the motion for preliminary approval be set for September 3, 2010, at 10:00 a.m.;

WHEREAS, the Court approved the parties' stipulation on August 9, 2010 (Docket No. 208), vacating all prior dates set on the Court's calendar and setting the hearing on the motion for preliminary approval for September 3, 2010;

WHEREAS, the parties have been working diligently on the formalization of the settlement agreement, but have been unable to finalize the settlement as of this time;

WHEREAS, the parties expect to execute a finalized settlement agreement in the near future, with Plaintiffs filing an unopposed motion for preliminary approval of that agreement;

NOW, THEREFORE, the parties stipulate, and respectfully request the Court to order, as follows:

1. That the September 3, 2010 hearing date be vacated; and
2. That the parties submit a status report to the Court in two weeks, if the settlement and Plaintiffs' motion for preliminary approval has not been filed by that time.

///
///
///

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

DB2/21881025.2                                      1                                      (CASE NO. C03-5725 SC)

STIPULATION AND [PROPOSED] ORDER VACATING HEARING ON MOTION
FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

| | | |
|---|---|---|
| 1 | DATE: August 20, 2010 | MORGAN LEWIS & BOCKIUS LLP |
| 2 | | |
| 3 | | By:   /s/ Nicole A. Diller |
| 4 | | Nicole A. Diller<br>Attorneys for Defendants |
| 5 | | BAY ENVIRONMENTAL<br>MANAGEMENT INC., CAESAR NUTI, |
| 6 | | DENNIS VARNI, MARIO AQUILINO,<br>LOYD BONFANTE SR., JOSEPH DELLA |
| 7 | | ZOPPA, ESTATE OF RICHARD<br>GRANZELLA SR., EDWARD MENOSSE,<br>PASQUALE PARENTI, AND THE |
| 8 | | ESTATE OF PINA J. BARBIERI |
| 10 | DATE: August 20, 2010 | LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C. |
| 12 | | By:   /s/ Teresa S. Renaker |
| 13 | | Teresa S. Renaker<br>Attorneys for Plaintiffs JERRY VAUGHN |
| 14 | | and THERESA TRAVERS |
| 15 | DATE: August 20, 2010 | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP |
| 17 | | By:   /s/ Bernard Gehlhar |
| 18 | | Bernard Gehlhar<br>Emily Wood |
| 19 | | Attorneys for Co-Defendants FSC<br>SECURITIES CORPORATION and |
| 20 | | JERROLD N. WEINBERG |

**ATTESTATION**

Pursuant to General Order 45(X), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: August 20, 2010          By:   /s/ Nicole A. Diller
                                       Nicole A. Diller

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21881025.2          2          (CASE NO. C03-5725 SC)

STIPULATION AND [PROPOSED] ORDER VACATING HEARING ON MOTION
FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

**[PROPOSED] ORDER**

**Pursuant to stipulation, the Court hereby ORDERS as follows:**

1. The hearing set for September 3, 2010 at 10:00 a.m. on the motion for preliminary approval of the class action settlement in this matter is vacated.

2. The parties are ordered to submit a status report in this matter on September 3, 2010 if no motion for preliminary approval of a settlement has been filed by that date.

DATE: _____                    Hon. Samuel Conti
                                                  United States District Court Judge
                                                  Northern District of California

*[DENIED stamp, signed Judge Samuel Conti, seal of United States District Court, Northern District of California]*

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21881025.2                    3                    (CASE NO. C03-5725 SC)

STIPULATION AND [PROPOSED] ORDER VACATING HEARING ON MOTION
FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT