MORGAN, LEWIS & BOCKIUS LLP
D. WARD KALLSTROM, State Bar No. 76937
NICOLE A. DILLER, State Bar No. 154842
ANGEL T. LIN, State Bar No. 255682
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail:   dwkallstrom@MorganLewis.com
          ndiller@MorganLewis.com
          alin@MorganLewis.com

Attorneys for Defendants and Cross-Defendants
Bay Environmental Management Inc., Caesar Nuti,
Dennis Varni, Mario Aquilino, Loyd Bonfante Sr.,
Joseph Della Zoppa, Estate of Richard Granzella Sr.,
Edward Menosse, Pasquale Parenti, and Estate of Pina J. Barbieri

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JERRY VAUGHN and THERESA TRAVERS,<br><br>Plaintiffs,<br><br>v.<br><br>BAY ENVIRONMENTAL MANAGEMENT INC., CAESAR NUTI, DENNIS VARNI, MARIO AQUILINO, LOYD BONFANTE SR., JOSEPH DELLA ZOPPA, ESTATE OF RICHARD GRANZELLA SR., EDWARD MENOSSE, PASQUALE PARENTI, FSC SECURITIES CORPORATION, AND JERROLD N. WEINBERG<br><br>Defendants.| Case No. C03-5725 SC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING FURTHER STATUS CONFERENCE AND HEARING ON MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |
| FSC SECURITIES CORPORATION and JERROLD N. WEINBERG,<br><br>Cross-Claimants,<br><br>v.<br><br>BAY ENVIRONMENTAL MANAGEMENT INC., ESTATE OF PINA J. BARBIERI, CAESAR NUTI, DENNIS VARNI,<br><br>Cross-Defendants. | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21925337.1

(CASE NO. C03-5725 SC)

WHEREAS, the parties filed a settlement term sheet with the Court on July 30, 2010 (Docket No. 206), which set forth the essential terms on which they have agreed to settle this matter;

WHEREAS, the parties attended a status conference on September 3, 2010 and reported to the Court that substantial progress had been made in setting forth the complete terms of the settlement in a formal, written agreement, and that they anticipated being able to submit a fully executed settlement agreement to the Court, along with Plaintiffs' papers requesting preliminary approval of the agreement, within two weeks;

WHEREAS, the Court ordered a further status conference and the hearing on Plaintiff's contemplated Motion for Preliminary Approval of the Class Action Settlement be held on September 17, 2010 at 10 a.m.;

WHEREAS, the parties have been working diligently on the formalization of the settlement agreement, but not yet finalized the settlement, as they are working to resolve complex Internal Revenue Code and related issues raised by the distribution of the settlement funds through previously terminated employee pension benefit plans;

WHEREAS, the parties expect to soon resolve all outstanding issues and execute a finalized settlement agreement, and Plaintiffs expect to file an unopposed motion for preliminary approval of the finalized agreement in the near future;

NOW, THEREFORE, the parties stipulate, and respectfully request the Court to order, as follows:

That the further status conference and hearing on Plaintiffs' Motion for Preliminary Approval currently set for September 17, 2010 at 10:00 a.m. be continued to November 15, 2010 at 10:00 a.m.

DATE:  September 16, 2010        LEWIS, FEINBERG, LEE, RENAKER &
                                 JACKSON, P.C.


                                 By:     /s/  Teresa S. Renaker
                                    Teresa S. Renaker
                                    Attorneys for Plaintiffs JERRY VAUGHN
                                    and THERESA TRAVERS

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21925337.1                          1                          (CASE NO. C03-5725 SC)

STIPULATION AND [PROPOSED] ORDER CONTINUING FURTHER STATUS CONFERENCE AND HEARING ON MOTION
FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

| | | |
|---|---|---|
| 1 | DATE: September 16, 2010 | MORGAN LEWIS & BOCKIUS LLP |

By:    /s/ Nicole A. Diller
      Nicole A. Diller
      Attorneys for Defendants
      BAY ENVIRONMENTAL MANAGEMENT INC., CAESAR NUTI, DENNIS VARNI, MARIO AQUILINO, LOYD BONFANTE SR., JOSEPH DELLA ZOPPA, ESTATE OF RICHARD GRANZELLA SR., EDWARD MENOSSE, PASQUALE PARENTI, AND THE ESTATE OF PINA J. BARBIERI

DATE: September 16, 2010      WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By:    /s/ Bernard Gehlhar
      Bernard Gehlhar
      Emily Wood
      Attorneys for Co-Defendants FSC SECURITIES CORPORATION and JERROLD N. WEINBERG

## **ATTESTATION**

Pursuant to General Order 45(X), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: September 16, 2010      By:    /s/ Nicole A. Diller
                                                       Nicole A. Diller

DB2/21925337.1      2      (CASE NO. C03-5725 SC)

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND HEARING ON MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

# [PROPOSED] ORDER

**Pursuant to stipulation, the Court hereby ORDERS as follows:**

The status conference and hearing on Plaintiffs' Motion for Preliminary Approval currently set for September 17, 2010 at 10:00 a.m. is continued to November 15, 2010 at 10:00 a.m.

DATE: September 16, 2010



Hon.
United States District Court Judge
Northern District of California

DB2/21925337.1    3    (CASE NO. C03-5725 SC)

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND HEARING ON MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT